[No. 36035-7-II.   Division Two.   June 24, 2008.]

*In the Matter of the Marriage of* WILLIAM J. BRISKEY, *Respondent*, and MARY JO AHKNA BRISKEY, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 05-3-02423-1, Beverly G. Grant, J., entered February 9, 2007. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Armstrong, J., concurred in by Van Deren, C.J., and Bridgewater, J.

[No. 36093-4-II.   Division Two.   June 24, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ARDEN CURTIS GIBSON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-03171-9, Serjio Armijo, J., entered March 16, 2007. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton and Quinn-Brintnall, JJ.

[No. 36203-1-II.   Division Two.   June 24, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL FLETCHER KNAUS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-03361-4, Thomas P. Larkin, J., entered April 6, 2007. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Van Deren, C.J., and Hunt, J.

[No. 36344-5-II.   Division Two.   June 24, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID WAYNE RISLEY, *Appellant.*

Appeal from a judgment of the Superior Court for Skamania County, No. 07-1-00005-2, E. Thompson Reynolds, J., entered May 17, 2007. *Reversed* and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Houghton and Hunt, JJ.